UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IDAN BEN GIGI and AURATIO, INC.,

                      Plaintiffs,                      **NOTICE OF REMOVAL**

       -against-                          Case No.

HISCOX INSURANCE COMPANY INC.,

                      Defendant.
-------------------------------------------------------------X

TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Hiscox Insurance Company Inc. ("Defendant"), located at 30 North LaSalle Street, Suite 1760, Chicago, IL 60602 hereby removes this action filed by the Plaintiffs Idan Ben Gigi and Auratio, Inc. ("Plaintiffs"), both located at 44 Norwich Street, Staten Island, New York 10314, from the Supreme Court of the State of New York, County of Richmond, to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, Defendant respectfully states as follows:

### PROCEDURAL HISTORY AND PLAINTIFFS' ALLEGATIONS

1.    Plaintiffs commenced this action on or about February 8, 2023 by filing a summons and complaint against Defendant in the Supreme Court of the State of New York, County of Richmond, with a caption of *Idan Ben Gigi and Auratio, Inc. v. Hiscox Insurance Company, Inc.,* Index Number 150263/2023 ("State Court Action"). Other than the filing of the complaint in the State Court Action, Defendant is not aware of any other proceedings or filings by Plaintiffs against Defendant before the New York County Supreme Court related to this action. True and correct copies of all pleadings and process received from Plaintiffs in the State

Court Action, as well as the docket in the State Court Action, are attached collectively as **Exhibit "A"**.

2. The State Court Action contains one cause of action for breach of contract in connection with Plaintiffs' insurance claim for damages to their business personal property which was located at 44 Norwich Street, Staten Island, NY 10314 (the "Premises") and alleged to have occurred on September 2, 2022.

## GROUNDS FOR REMOVAL

3. Defendant seeks removal of this action pursuant to 28 U.S.C. § 1332 because the lawsuit arises between citizens of different states and the amount in controversy is in excess of $75,000.

4. Plaintiffs are residents of the State of New York, *See*, **Exhibit "A."**

5. Defendant is an Illinois corporation with its principal place of business at 30 North LaSalle Street, Suite 1760, Chicago, IL 60602.

6. The amount in controversy exceeds $75,000 because Plaintiffs are seeking damages in excess of $75,000. *See*, **Exhibit "A,"** ¶ 9.

7. Accordingly, the Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) in that complete diversity exists for the following reasons: (1) Defendant and Plaintiffs are not citizens of the same state and the amount in controversy exceeds $75,000.

## THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

8. This Notice is timely filed within thirty (30) days of Defendant being served the Summons and Complaint February 16, 2023, pursuant to 28 U.S.C. § 1446(b) and FRCP 26.

9. Additionally, in accordance with 28 U.S.C. §1446(d), a Notice of Filing of this Notice of Removal will be filed with the Supreme Court of New York, Richmond County

contemporaneously with the filing of this Notice of Removal, and written notice of the filing of the Notice of Removal will be served on all counsel. A copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit "B"**.

10. True and correct copies of all process, pleadings, and orders served on the Defendant in the action pending in the New York State Supreme Court, Richmond County are attached hereto as **Exhibit "A."**

## NON-WAIVER OF DEFENSES

11. By removing this action from New York State Supreme Court, Richmond County, Defendant does not waive any defenses available to it.

12. By removing this action from the New York State Supreme Court, Richmond County, Defendant does not admit any of the allegations in Plaintiffs' State Court Action.

**WHEREFORE**, Defendant removes the above-captioned action from New York State Supreme Court, Richmond County to the United States District Court for the Eastern District of New York.

Dated: New York, New York
March 20, 2023

        Respectfully submitted,

        **COZEN O'CONNOR**
        *Counsel for Defendant*

        _____
        **Laura Dowgin**
        **Vincent Passarelli**
        3 World Trade Center
        175 Greenwich Street – 55th Floor
        New York, New York 10007
        ldowgin@cozen.com
        vpassarelli@cozen.com

(212) 453-3775

**SERVICE LIST**

Jack Glanzberg, Esq
**MOLOD SPITZ & DESANTIS, P.C.**
1430 Broadway, 21st Floor
New York, New York 10018
(212) 869-3200
jglanzberg@molodspitz.com
*Attorney for Plaintiffs*