UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
IDAN BEN GIGI and AURATIO, INC.,

                    Plaintiffs,

- against-

HISCOX INSURANCE COMPANY INC.,

                    Defendant.
---------------------------------X

Case No.: 1:23-cv-02147

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Idan Ben Gigi and Auratio, Inc., and Defendant Hiscox Insurance Company Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: New York, New York
       July 17, 2023

| MOLOD SPITZ & DESANTIS, P.C. | COZEN O'CONNOR |
|---|---|
| By: */s/ Jack Glanzberg* (on consent)<br>Jack Glanzberg, Esq.<br>1430 Broadway, 21st Floor<br>New York, NY 10018<br>T: 212-869-3200<br>jglanzberg@molodspitz.com<br>*Attorneys for Plaintiffs* | By: _____<br>Laura Dowgin, Esq.<br>Vincent Passarelli, Esq.<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, New York 10007<br>T: (212) 453-3775<br>ldowgin@cozen.com<br>vpassarelli@cozen.com<br>*Attorneys for Defendant*<br>*Hiscox Insurance Company Inc.* |

7.17.2023